UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24 CR 352-001 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | ORDER ACCEPTING PLEA |
| NICHOLAS GRAHAM, | ) ) ) | AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Nicholas Graham, which was referred to the Magistrate Judge with the consent of the parties.

On September 9, 2024 the government filed a 3 count Indictment, charging Defendant Graham with, Conspiracy, Honest Services Wire Fraud and Hobbs Act Extortion Under Color of Offiial Right, in violation of Title 18 U.S.C. §§ 371, 1343, 1346 and 2, and 1951 and 2.. On September 24, 2024, Magistrate Judge Amanda M. Knapp held an arraignment, at which time Mr. Graham entered a plea of not guilty to the charges. On August 13, 2025 Magistrate Judge Greenberg received Defendant's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Nicholas Graham is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

      Therefore, Defendant Nicholas is adjudged guilty to count 1 of the Indictment in violation of Title 18 U.S.C. § 371. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on November 19, 2025 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

      IT IS SO ORDERED.

                                      /s/*SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

September 12, 2025